IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL VERNON CRITCHFIELD, *et al.*,

    Plaintiff,

v.

COUNTY OF BUFFALO, *et al.*,

    Defendants.

ORDER

14-cv-594-wmc

---

Plaintiffs Michael Vernon Critchfield, Julie Ann Critchfield, Joseph Michael Critchfield, and Ryan Thomas Bechard have filed this lawsuit against Buffalo County, a court commissioner, an investigator, two sheriff's deputies, two social workers and several other law enforcement agents, alleging unlawful search and seizure, among other things. Plaintiffs have also filed a motion to seal this case. Plaintiffs, who rely on the "Trading with the Enemy Act of 1917 as amended by the Emergency Banking Relief Act of 1933," do not identify a valid basis for sealing this case. The complaint does not otherwise meet the criteria for placement under seal. Therefore, plaintiffs' motion to seal will be DENIED.

ORDER

IT IS ORDERED that plaintiffs' motion to seal (dkt. #8) is DENIED.

Entered this 10th day of September, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge