IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL VERNON CRITCHFIELD,
JULIE ANN CRITCHFIELD,
JOSEPH MICHAEL CRITCHFIELD,                           ORDER
R. A. C., S. E. C. AND
RYAN THOMAS BECHARD,                                   Case No. 14-cv-594-wmc

      Plaintiffs,

v.

COUNTY OF BUFFALO, ET AL.

      Defendants.

Plaintiffs Michael Vernon Critchfield, Julie Ann Critchfield, Joseph Michael Critchfield, R. A. C., S. E. C. and Ryan Thomas Bechard have filed a document titled "Bill in Equity," which I construe to be a civil complaint. Plaintiff Michael Vernon Critchfield also filed a request for leave to proceed without prepaying the filing fee. To the extent that all of the plaintiffs would like to proceed without prepayment of the $400 filing fee, I note that plaintiffs Julie Ann Critchfield, Joseph Michael Critchfield and Ryan Thomas Bechard have not provided financial affidavits so that I can make a determination as to whether they qualify for indigent status. Therefore, I will provide these plaintiffs with the opportunity to supplement the request for leave to proceed without prepaying the filing fee in this case by completing the enclosed affidavits of indigency.

ORDER

IT IS ORDERED that plaintiffs Julie Ann Critchfield, Joseph Michael Critchfield and Ryan Thomas Bechard may have until October 1, 2014, in which to each submit an affidavit

of indigency and return it to the court. If any plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny their request for leave to proceed without prepayment of the filing fee for failure to show that they are indigent.

Entered this 11th day of September, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge